IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY HANSEN,

    Plaintiff,                        JUDGMENT IN A CIVIL CASE

v.                                       Case No. 13-cv-74-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Jeremy Hansen awarding attorney fees under the Equal Access to Justice Act in the amount of $3,300.00.

      s/Peter Oppeneer                        12/30/2013
Peter Oppeneer, Clerk of Court                  Date